## C. V. Mosby Company, Appellee, v. Horry M. Jones and Middlewest Instrument Company, Appellants.

### Gen. No. 40,750.

Heard in first division, first district, at June term, 1939; opinion filed January 22, 1940; rehearing denied February 5, 1940. Beckman & Hough, for appellants; Walter S. Vose and Irving B. Campbell, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

## Fred George, Appellee, v. International Printing Ink Corporation et al., Appellants.

### Gen. No. 41,105.

Heard in first division, first district, at December term, 1939; opinion filed January 23, 1940. Hopkins, Sutter, Halls & DeWolfe, for appellants; Harry B. Sutter and William G. Blood, of counsel; Cassels, Potter & Bentley, for appellee; William S. Warfield III and Robert B. Johnstone, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."